IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

MARILYN K. COTTER,

    Plaintiff,

v.                                   Civil Action No. 5:06-cv-72

PRUDENTIAL FINANCIAL,
PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Defendant.

## ORDER

Upon consideration of the Consent Motion for Extension of Time to File Responsive Pleading to the Plaintiff's Supplement to Motion for Summary Judgment related to Defendants' Answers to Requests for Admissions it is on this 25th day of July, 2007 hereby ordered that any responsive pleading be filed on or by August 24, 2007.

_____
Frederick P. Stamp, Jr.
United States District Judge

267369.2