IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

MARILYN K. COTTER,

    Plaintiff,

v.      Civil Action No. 5:06-CV-72

PRUDENTIAL FINANCIAL,
PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

    Defendant.

## ORDER TO VACATE

UPON consideration of the Joint Motion to Vacate the Order dated January 5, 2007, regarding attorneys fees, it is on this 27th day of August, 2007, hereby

ORDERED, that said Order dated January 5, 2007, is hereby vacated.

          Judge

Copies to:    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Shadonna E. Hale, Esq.
WV Bar No. 8941
200 Saint Paul Street, Suite 2530
Baltimore, MD 21202
410-962-7023
410-962-8758 (fax)

1

268998.1